```
MCGREGOR W. SCOTT
United States Attorney
DANIEL S. LINHARDT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR.S-03-0548 MCE |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS INDICTMENT |
| ) | AND [PROPOSED] ORDER |
| v. ) | |
| ) | |
| OGANES AVETISYAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States of America by and through the undersigned Assistant United States Attorney hereby moves this Court pursuant to Rule 48 of the Federal Rules of Criminal Procedure to dismiss the above-entitled action. Based on information the government obtained from defense counsel the government conducted a further investigation. As a result of information obtained as a result of that further investigation doubts have been raised on the part of the government as to the guilt of the defendant for the charges contained in the indictment pending before this Court. Under the circumstances it would be ethically irresponsible of the government to continue prosecution of this matter.

///

1

1 |     Accordingly the government request that the Court dismiss
2 | the instant indictment.
3 |
4 | Dated: September 14, 2005    Respectfully submitted,
    McGREGOR W. SCOTT
5 |
6 |     /s/ Daniel S. Linhardt
7 |     DANIEL S. LINHARDT
    Assistant U.S. Attorney
8 |
9 | **IT IS SO ORDERED.**
10 |
11 | DATED: September 20, 2005
12 |
13 |
14 | _____
15 | MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE