AKOP BALTAYAN, ESQ  SBN: 189745
1525 CLEVELAND ROAD
GLENDALE, CA 91202
TEL: 626-372-0399

Attorney For: Defendant Oganes Avetisyan

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　PLAINTIFF,<br>　vs.<br>OGANES AVETISYAN,<br>　　　　DEFENDANT. | Case No.: 2:03-cr-0548-MCE<br><br>ORDER FOR RELEASE OF DEFENDANT'S PASSPORT |

It is hereby ordered that the Clerk of the Court return defendant's passport to the defendant.  The passport may be re leased either to defendant Oganes Avetissian or to his attorney Akop Baltayan.  Also, defendant's bond is exonerated.

DATED: March 9, 2006.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE